DOCKET NO. 549

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMAREX SECURITIES LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
NOV 15 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

James R. Knapp, et al. v. First National Bank of Minneapolis, C.D. California, C.A. No. CV83-2986-LTL(PX)

TRANSFER ORDER*

Presently before the Panel is a motion, pursuant to Rule 9, R.P.J.P.M.L., 89 F.R.D. 273, 278-79 (1981), by plaintiff in the above-captioned action (Knapp) to vacate the conditional transfer order entered by the Panel in Knapp.

On the basis of the papers filed and the hearing held, the Panel finds that Knapp involves common questions of fact with the actions in this litigation previously transferred to the Southern District of New York and that transfer of Knapp to that district will serve the convenience of the parties and witnesses and will promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action entitled James R. Knapp, et al. v. First National Bank of Minneapolis, C.D. California, C.A. No. CV83-2986-LTL(PX), be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Pierre N. Leval for inclusion in the coordinated or consolidated pretrial proceedings occurring there.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

\* Judge Milton Pollack took no part in the decision of this matter.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 549

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION JAN-1 1985

IN RE AMAREX SECURITIES LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

Gerald Feldman v. Drexel Burnham Lambert, Inc., D. Massachusetts, Civil Action No. 84-2516-MC

TRANSFER ORDER*

Presently before the Panel is a motion, pursuant to Rule 9, R.P.J.P.M.L., 89 F.R.D. 273, 278-79 (1981), brought by plaintiff in the above-captioned action (Feldman), to vacate the conditional transfer order entered by the Panel in Feldman. Drexel Burnham Lambert, Inc., the sole defendant in Feldman and also a defendant in several actions pending in the transferee district, opposes the motion and favors transfer of Feldman.

On the basis of the papers filed,1/ the Panel finds that Feldman involves common questions of fact with the actions in this litigation previously transferred to the Southern District of New York, and that transfer of Feldman to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action entitled Gerald Feldman v. Drexel Burnham Lambert, Inc., D. Massachusetts, C.A. No. 84-2516-MC, be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Pierre N. Leval for inclusion in the coordinated or consolidated pretrial proceedings occurring there.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

\* Judge Sam C. Pointer took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 273, 283-84 (1981).